UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-09096 SJO (JEMx) | Date | April 23, 2018 |
|---|---|---|---|
| Title | Long Xiang Shen, et al. v. A Color Tree, Inc., et al. | | |

| Present: The Honorable | S. JAMES OTERO | | |
|---|---|---|---|
| Victor Paul Cruz | Carol Zurborg | | Tape No. |
| Deputy Clerk | Court Reporter | | |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Jiakun Lei<br>Gary F. Wang | Not Present |

**Proceedings:** MANDATORY SCHEDULING CONFERENCE

Matter called.

Court is advised by plaintiff's counsel that his firm's patent counsel is not present but on his way. Defendant's counsel is also not present. Matter is placed on second call.

Matter recalled.

Counsel are still not present. Matter placed on third call.

Matter recalled. Plaintiff's patent counsel is present. Defendant's counsel is not present.

The Court declines supplemental jurisdiction over all of the state law claims and counterclaims. The only remaining claim before this Court is the first claim in the complaint for patent infringement. The Court Orders the parties to file cross-motions for summary judgment on the patent infringement and invalidity claim.

The Court sets the following schedule:

Jury Trial:            Tuesday, January 8, 2019 @ 9:00 a.m.

Pretrial Conference:   Thursday, January 3, 2019 @ 9:00 a.m.

Motion Cutoff:         Monday, November 5, 2018 @ 10:00 a.m.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 17-09096 SJO (JEMx) | Date | April 23, 2018 |
|---|---|---|---|
| Title | Long Xiang Shen, et al. v. A Color Tree, Inc., et al. | | |

Discovery Cutoff:      Monday, October 8, 2018

Last Date to Amend:    Wednesday, May 23, 2018.

Settlement is referred to the Alternative Dispute Resolution Program for all further proceedings.

The Court orders that a transcript of today's proceeding shall be produced. Cost to be borne by the parties.

All discovery disputes are to be brought before the Magistrate Judge assigned to the case. The parties are reminded of their obligations under Fed. R. Civ. P. 26-1(a) to disclose information without a discovery request.
    Court advises counsel that all Pretrial documents must be filed in compliance with the Court's standing order, including but not limited to:
1. All Jury Instructions, agreed and opposed;
2. Verdict Forms;
3. Proposed Voir Dire Questions;
4. Agreed-To Statement of Case;
5. Witness List, listing each witness and time estimates to conduct direct, cross, redirect and recross;
6. Trial Brief and Memorandum of Contentions;
7. Joint Rule 26(f) Report;
8. If Court Trial, file Findings of Fact and Conclusions of Law and summaries of direct testimony at Pretrial Conference;
9. Motions in Limine are to be filed according to Local Rule 7 and will be heard at 9:00 a.m. the first day of trial;
10. Exhibits properly labeled, tagged, and in binders.

|   | : | 0/10 |
|---|---|---|
|   | Initials of Preparer | vpc |